IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMARKASS S. KING,

      Petitioner,                    No. CIV S-08-1524 GEB DAD P

    vs.

ANTHONY HEDGPETH,

      Respondent.                 <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 5, 2008, the court filed findings and recommendations recommending that this action be dismissed without prejudice because petitioner had failed to file an application to proceed in forma pauperis or to pay the filing fee.

        On November 17, 2008, petitioner filed a letter in which he explains to the court that he has been attempting to obtain the return of his application from the account office at Kern Valley State Prison. In that letter petitioner requests an extension of time to complete his application to proceed in forma pauperis. Petitioner is informed that for a habeas action, the certificate portion of the in forma pauperis application need not be completed and he does not need to provide a certified copy of the his inmate trust account statement. Therefore, the court

/////

1

will vacate the findings and recommendations and provide petitioner an extension of time to submit his in forma pauperis application.

Accordingly,, IT IS HEREBY ORDERED that:

1. The court's November 5, 2008 findings and recommendations (Docket No. 6) are vacated;

2. Petitioner's November 17, 2008 request for an extension of time (Docket No. 7) is granted;

3. Petitioner is granted twenty days from the date of this order in which to file an application to proceed in forma pauperis; and

4. The Clerk of the Court is directed to provide petitioner the court's form application requesting leave to proceed in forma pauperis by a prisoner.

DATED: November 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
king1524.111

2