IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMARKAS S. KING,

    Petitioner,                      No. CIV S-08-1524 GEB DAD P

    vs.

ANTHONY HEDGPETH,

    Respondent.                    <u>ORDER</u>

/

        On August 27, 2010, judgment was entered in this court denying petitioner's application for a writ of habeas corpus. This matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On January 12, 2011, petitioner filed a motion for the appointment of counsel. On January 13, 2011, petitioner filed a "request for judicial notice," which consists of further argument in support of his request for the appointment of counsel. Petitioner is advised that his request for the appointment of counsel should be made in the Court of Appeals and not in this court. Accordingly, the motion for counsel will be denied.

/////

/////

/////

/////

/////

1  For the reasons stated above, IT IS HEREBY ORDERED that petitioner's January 12, 2011 motion for the appointment of counsel (Docket Nos. 36, 37) is denied without prejudice to a renewal of the motion in the United States Court of Appeals for the Ninth Circuit.

DATED: January 20, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:mp
king1524.110